**WHITE & CASE**

December 12, 2024

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

Re: *Brickman Investments Inc. v. Wells Fargo & Company et al.*, No. 24-cv-07751-AS

Dear Judge Subramanian:

We represent Wells Fargo & Company and Wells Fargo Clearing Services, LLC, dba Wells Fargo Advisors (together, "Defendants") in the above captioned action. We write to request (i) an extension of Defendants' deadline to respond to Plaintiff's Complaint, which is currently due on December 30, 2024, and (ii) an adjournment of the initial pre-trial conference scheduled for January 16, 2024. Both of these requests are the first such requests, and Plaintiff consents.

As Your Honor is aware, Plaintiff has filed with the United States Judicial Panel on Multidistrict Litigation ("JPML") a motion to transfer this action under 28 U.S.C. § 1407 (the "Section 1407 Motion"). The Section 1407 Motion is fully briefed, and no hearing has been scheduled yet. Defendants therefore request an extension of their deadline to respond to the Complaint until 60 days after the issuance of the JPML's decision on the Section 1407 Motion. Likewise, Defendants request that the initial pre-trial conference be adjourned until two weeks after Defendants' response to the Complaint is ultimately due, or until another date that is most convenient for Your Honor.

Respectfully submitted,

*/s/ David G. Hille*

White & Case LLP
1221 Avenue of the Americas
**T**: 212-819-8357
**E**: dhille@whitecase.com

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 12, 2024